

**KLEINBERG KAPLAN**

**David M. Levy**
*E-Mail: dlevy@kkwc.com*
*Direct Dial: 212.880.9894*

June 25, 2026

<u>**Via ECF**</u>

Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

As discussed at the initial case management conference held on July 2, 2026, discovery is stayed pending determination of the pending motion to dismiss.

SO ORDERED:

7/2/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

   **Re:** *Nelson v. Monark Markets, Inc.,*
      <u>**Case No. 26-cv-03092-DEH-RWL**</u>

Dear Judge Lehrburger:

   This firm represents Plaintiff Dwight Nelson ("Plaintiff") in the above-referenced action. We submit this letter jointly with counsel for Defendant Monark Markets, Inc. ("Monark") in accordance with Your Honor's direction in the Notice of Initial Pretrial Conference (ECF No. 14).

   On June 22, 2026, Monark filed a motion to dismiss the Complaint (ECF Nos. X-X), which motion will be fully briefed on August 24, 2026 (ECF No. 13). The parties have met and conferred and respectfully request that the Court stay discovery in this matter pending a decision on the motion to dismiss, so as to permit the parties to benefit from their respective briefing and the Court's views of the threshold issues in this litigation and to consider resolving this dispute informally through private mediation.

   Enclosed herewith is a copy of Your Honor's [Proposed] Civil Case Management Plan and Scheduling Order. While discovery deadlines have not been filled in given the parties' joint request for a stay, all other items set forth in Your Honor's template have been completed by the parties.

   We will be available to discuss the above request and the [Proposed] Civil Case Management Plan and Scheduling Order at the Initial Pretrial Conference scheduled for July 2, 2026.

   We thank the Court for its attention to this matter.



Hon. Robert W. Lehrburger
June 25, 2026
Page 2

Respectfully submitted,

| | |
|---|---|
| **KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.** | **GOODWIN PROCTER LLP** |
| By: ___/s/ *David M. Levy*___ | By: ___/s/ *Justin D. Ward*___ |
| David M. Levy | Justin D. Ward |
| Alisa Benintendi | Adam Slutsky |
| 500 Fifth Avenue | 100 Northern Avenue |
| New York, New York 10110 | Boston, Massachusetts 02210 |
| Telephone: (212) 986-6000 | Telephone: (617) 570-1000 |
| dlevy@kkwc.com | jward@goodwinlaw.com |
| abenintendi@kkwc.com | aslutsky@goodwinlaw.com |
| *Attorneys for Plaintiff Dwight Nelson* | *Attorneys for Defendant Monark Markets, Inc.* |